**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

MANUEL A. SANTANA DEL ROSARIO,

Petitioner,

v.

J. BOHINSKI,

Respondent.

CIVIL ACTION NO. 3:25-cv-01973

(SAPORITO, J.)

**ORDER**

**AND NOW**, this 7th day of August, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of *habeas corpus* (Doc. 1) is **DISMISSED**. A certificate of appealability shall not issue.

2. The petitioner's "Motion to Alter or Amend the Judgment" (Doc. 7), motion for discovery (Doc. 13), "Motion for Release on Bail" (Doc. 14), and motion for appointment of counsel (Doc. 15) are **DENIED**.

3. The Clerk is **DIRECTED** to close this case.

Dated: August 7, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge